UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAI BENNETT**,

    Plaintiff,

**Case No.:** 8:23-cv-00624-WFJ-CPT

v.

**HUVI, INC.**,

    Defendant**.**

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Jamie L. White, Esq. and Whitney M. DuPree, Esq. of Spire Law, PLLC, hereby give notice of their appearance as counsel of record for Defendant Huvi, Inc. ("Defendant") in the above-styled cause, and request that copies of all pleadings, notices, and correspondence be directed to the attention of Spire Law, PLLC.  Attorney Jamie L. White is designated as Lead Counsel for this matter.

Dated this 22nd day of May, 2023.

    Respectfully submitted,

    SPIRE LAW, PLLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By: _/s/ Jamie White_
    Jamie L. White, Esq.
    Florida Bar No. 100018

1

Whitney M. DuPree, Esq.
Florida Bar #110036
jamie@spirelawfirm.com
whitney@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 22nd day of May, 2023., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Gary L. Printy, Jr., Esq., PRINTY & PRINTY, P.A., 3411 W. Fletcher Ave., Suite A, Tampa, Florida 33618, Primary Email: garyjr@printylawfirm.com.

*/s/ Jamie White*
Attorney