UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAI BENNETT,

    Plaintiff

vs.                                        Case No: 6:23-cv-00963-RBD-EJK

HUVI, INC.,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, KIA BENNETT, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not applicable to filer.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **This does not apply to the Plaintiff because it falls under Federal Question.**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. **Kai Bennett, Plaintiff**
   b. **Gary Printy, Jr., Counsel for Plaintiff**
   c. **Printy & Printy, P.A., Counsel for Plaintiff**
   d. **Huvi Inc., Defendant**
   e. **Jamie Lynn White, Counsel for Defendant**
   f. **Spire Law Firm, Counsel for Plaintiff**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None known at this time.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None known at this time.**

6. Identify each person arguably eligible for restitution:

   **None known at this time.**

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**Dated: June 8, 2023.**

Respectfully submitted,

*/s/ Gary L. Printy Jr., Esq*
**Gary L. Printy, Jr**
Florida Bar No. 41956
**PRINTY & PRINTY, P.A.**
5407 N. Florida Ave.
Tampa, Florida 33604

Telephone (813) 434-0649<br>
FAX (813) 423-6543<br>
garyjr@printylawfirm.com<br>
e-service@printylawfirm.com<br>
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2023, I electronically filed the foregoing with the Clerk of court using CM/ECF system, which will send notice of electronic filing to all relevant parties.

*/s/ Gary L. Printy Jr., Esq*<br>
**Gary L. Printy, Jr**<br>
Florida Bar No. 41956<br>
**PRINTY & PRINTY, P.A.**<br>
5407 N. Florida Ave.<br>
Tampa, Florida 33604<br>
Telephone (813) 434-0649<br>
FAX (813) 423-6543<br>
garyjr@printylawfirm.com<br>
e-service@printylawfirm.com<br>
*Attorney for Plaintiff*
