UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAI BENNETT,

      Plaintiff,

v.                                        Case No: 6:23-cv-963-RBD-EJK

HUVI, INC.,

      Defendant.

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29), filed August 29, 2023.

This is an FLSA case. *See generally* 29 U.S.C. §§ 201–209. The parties filed a Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29) (the "Motion"). On September 6, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes of considering the Motion and, thus, granting the relief requested therein. (Doc. 32.) The presiding District Judge approved that consent. (Doc. 33.)

Since the proposed settlement involves a compromise of Plaintiff's FLSA claim for minimum wage compensation (Doc. 1), it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the proposed settlement (Doc. 29 at 13–20) and the related Joint Notice (Doc. 31), the Court finds that it is a reasonable compromise of a bona fide dispute between parties represented by

competent counsel. *Lynn's Food*, 679 F.2d 1350. The Court further finds that the agreed-upon fee to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE